UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re:

MIRROR TRADING INTERNATIONAL (PTY) LTD.,

    Debtor,
_____/

Case No. 23-11046-PDR
Chapter 15

CHAVONNES BADENHORST ST CLAIR COOPER, in her capacity as the Foreign Representative of Mirror Trading International (PTY) Ltd.,

    Plaintiff,

vs.

KARIM CHRISTOPHER HANNA, TROY REJDA, MICHAEL OVADIA, ASHLEY BARADI, PETER INGEBENOSE ALIU, JAN LYNN JULIA, STEVEN LEWIS PAYNE, FERNANDO REQUEJO, LYDON ALLAN BLACKMAN, PAUL MONSON, ANSHUL CHOUDHRY, IZUNNA VINCENT EWUDO, TIMOTHY ALLEN HAMM, ANDREW MEIER, JASON EDWARD MARLOWE, JOHN PHONG VO, ALAN JOHN DE GOUVEIA, GAVIN TEAGUE, JASON MAURICE STUBBLEFIELD, JOHNNY TRAN, JOHN DUNCAN PRINSLOO, ANNELINE MILLER, DENNIS EUGENE ENGLEMAN, DON SLEPIAN, SUSAN ELEANOR KNICKERBOCKER, PEDRO LEONARDO SALCEDO, JR., AND TARA DELHAMER,

    Defendants.
_____/

Adversary Case No. 25-01141-PDR

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF PLEADINGS AND OTHER PAPERS**

The undersigned hereby files this Notice of Appearance as counsel for Defendants, Don Slepian and Jan Lynn Julia ("Defendants") and hereby requests that copies of all future pleadings and notices be sent to the undersigned:

Joe M. Grant, Esquire
Lorium PLLC
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone No.: (561) 361-1000
Email: jgrant@loriumlaw.com

PLEASE TAKE NOTICE that pursuant to 11 U.S.C. §1109(b), the request for service of notices includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopy or otherwise.

PLEASE TAKE FURTHER NOTICE that, neither this Notice nor any subsequent appearance, pleadings, claim or suit is intended or shall be deemed a waiver of any right: (I) to have final orders in non-core matters entered only after de novo review by Untied States District Court; (ii) to trial by jury in any proceeding so triable in this case, controversy, or proceeding related hereto; (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to object to any jurisdiction of this Court for any purpose other with respect to this Notice; or (v) to any rights, claims, actions, defenses, setoffs, recoupments or remedies to which Defendants are or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, recoupments and remedies Defendants expressly reserve hereby.

Respectfully submitted,

**LORIUM LAW**
*Counsel for Don Slepian and Jan Lynn Julia*
197 South Federal Highway, Suite 200
Boca Raton, FL 33432
Telephone: 561.361.1000
Facsimile: 561.672.7581
Email: jgrant@loriumlaw.com

By:   /s/ Joe M. Grant
       JOE M. GRANT
       Florida Bar No. 137758

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 9th day of May, 2025, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document is being served this day on all counsel of record or pro se parties via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

## SERVICE LIST

**SERVED VIA CM/ECF NOTICE:**

Maria Jose Gonzalez, Esquire, mcortesi@sequorlaw.com

Gregory S Grossman, Esquire, ggrossman@sequorlaw.com